# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140999

RONALD LEE JEX,

        Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

        Defendant-Appellee.

_____

SC: 140999
COA: 294948

        On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of April 29, 2010, the Clerk of the Court is hereby directed to close this file.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2010

jam

_____
Clerk